Form defntc

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Pensacola Division

In Re: Adam Gilchrist Stubbs  
SSN/ITIN: xxx–xx–3731  
Debtor

Bankruptcy Case No.: 14–30983

Chapter: 13

## CLERK'S DEFICIENCY NOTICE

NOTICE IS GIVEN THAT a deficiency exists (or deficiencies exist) with regard to the document(s) indicated below and/or that you have failed to file a document that is required by the court:

Emp Inc Rcds / Stmt No Emp Inc due 09/29/2014  
Chapter 13 Means Test due 09/29/2014  
Chapter 13 Plan due 09/29/2014  
Schedule A due 09/29/2014  
Schedule B due 09/29/2014  
Schedule C due 09/29/2014  
Schedule D due 09/29/2014  
Schedule E due 09/29/2014  
Schedule F due 09/29/2014  
Schedule G due 09/29/2014  
Schedule H due 09/29/2014  
Schedule I due 09/29/2014  
Schedule J due 09/29/2014  
Schedule Declaration due 09/29/2014  
Statistical Summary (B6) due 09/29/2014  
Statement of Financial Affairs due 09/29/2014  
Summary of Schedules due 09/29/2014

Please cure the above stated deficiencies by submitting the documents within the deadlines indicated for each document. Failure to file all required documents may result in your case being dismissed by the Court.

Dated: 9/15/14

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

Service to: All Parties in Interest