# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1129–3 | User: cromine | Date Created: 9/15/2014 |
| Case: 14–30983 | Form ID: defntc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion21.TL.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Adam Gilchrist Stubbs      255 Van Buren Ave.      DeFniak Springs, FL 32435

TOTAL: 1