```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF FLORIDA
                    PENSACOLA DIVISION
```

IN RE:                                    CASE NO.: 14-30983-KKS
                                          CHAPTER 13
ADAM GILCHRIST STUBBS

　　　　　Debtor　　　　/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on September 15, 2014.

2. The Debtor(s)' first Plan payment was due on or before October 15, 2014; however, the Trustee has not received a Plan payment to date. Therefore, the Debtor(s) is delinquent as evidenced by a copy of the receipts attached.

3. The Debtor(s) has failed to file a Chapter 13 Plan and Schedules with the United States Bankruptcy Court.

4. The Debtor(s) has failed to provide copies of the United States Income Tax Returns for the two (2) years preceding the date of filing to the Chapter 13 Trustee.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    ldhecf@earthlink.net
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

ADAM GILCHRIST STUBBS
255 VAN BUREN AVE.
DEFUNIAK SPRINGS, FL 32435

AND

ADAM GILCHRIST STUBBS, PRO SE
255 VAN BUREN AVE.
DEFUNIAK SPRINGS, FL 32435

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE

October 16, 2014

**EXHIBIT "A"**
**IF BLANK, THERE ARE NO RECEIPTS**

Receipts Paid

| Date | AMOUNT |
|---|---|

TOTAL AMOUNT PAID: